UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CAPE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT NEWLAND,<br><br>    Defendant. | Case No. 25-cv-01379-EKL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE FIRST AMENDED COMPLAINT STATING A CLAIM OVER WHICH THE COURT HAS JURISDICTION**<br><br>Re: Dkt. Nos. 5, 6 |

Plaintiff Justin Cape, who is representing himself, filed a complaint asserting one claim of defamation against Defendant Scott Newland on February 10, 2025. ECF No. 1. Mr. Cape also filed an application to proceed in forma pauperis ("IFP"). ECF No. 2. On March 17, 2025, the Court granted Mr. Cape's IFP application and screened his complaint under 28 U.S.C. § 1915. ECF No. 5. The Court found that the complaint failed to state a claim over which the Court has subject matter jurisdiction but granted Mr. Cape leave to file an amended complaint no later than April 7, 2025. *Id.* The Court's screening order stated that "[i]f Mr. Cape fails to file an amended complaint in time, or if the amended complaint fails to cure the jurisdictional defect described [in the screening order], the Court may issue an order reassigning the case to a district judge with a recommendation that the complaint be dismissed in whole or in part." *Id.* Mr. Cape has not filed an amended complaint or requested an extension of his deadline to do so. Mr. Cape's case was reassigned to the undersigned on April 17, 2025, with a Report and Recommendation that Plaintiff's claim be dismissed without prejudice. ECF No. 7. The deadline for Plaintiff to respond has expired. *See* Fed. R. Civ. P. 72.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than May 29, 2025, why his case should not be dismissed without prejudice for lack of subject matter

1  jurisdiction.  Alternatively, Plaintiff may file an amended complaint that addresses the question of
2  subject matter jurisdiction described in the screening order, ECF No. 5.  The amended complaint
3  must be filed no later than May 29, 2025, and must include the caption and civil case number used
4  in this order, Case No. 25-cv-01379-EKL, and the words "FIRST AMENDED COMPLAINT" on
5  the first page.  Failure to comply with this order will result in DISMISSAL of Mr. Cape's case.

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
Eumi K. Lee
United States District Judge