UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN CAPE,

        Plaintiff,

v.

SCOTT NEWLAND,

        Defendant.

Case No. 25-cv-01379-EKL

**ORDER OF DISMISSAL**

Plaintiff Justin Cape ("Plaintiff") filed this defamation action in pro se against Defendant Scott Newland on February 10, 2025. ECF No. 1. On March 17, 2025, the Magistrate Judge assigned to this action screened Plaintiff's complaint under 28 U.S.C. § 1915 and found that the complaint failed to state a claim over which the Court has subject matter jurisdiction. ECF No. 5. Plaintiff was granted leave to file an amended complaint no later than April 7, 2025. *Id.* Plaintiff did not do so, and the case was reassigned to this Court on April 17, 2025, with a Report and Recommendation that Plaintiff's claim be dismissed without prejudice. ECF No. 7. On May 8, 2025, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute, directing Plaintiff to file a written response by May 29, 2025. ECF No. 8.

As of the date of this order, Plaintiff has not filed a response to any of the Court's orders, including the May 8, 2025 order to show cause. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: July 28, 2025

_____
Eumi K. Lee
United States District Judge